IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ZACHARY DON GILLASPIE, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 5:17-CV-00177-C |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed with prejudice.

Dated February 5, 2019.

SAM R. CUMMINGS
Senior United States District Judge